HOJOON HWANG (SBN 184950)
MALCOLM A. HEINICKE (SBN 194174)
REBECCA GOSE LYNCH (SBN 230078)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Hojoon.Hwang@mto.com
Malcolm.Heinicke@mto.com
Rebecca.Lynch@mto.com

Attorneys for Defendant
World Savings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO/OAKLAND DIVISION)

| | |
|---|---|
| RAYMOND VINOLE on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS, INC., a California Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C 06-05296 JSW<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS AND MOTION TO DISMISS OR STAY LITIGATION**; ORDER<br><br>Hearing Date: January 12, 2007<br>Time: 9:00 a.m.<br>Dept: 2<br><br>Hon. Jeffrey S. White |

1

STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION OF
PLAINTIFF'S INDIVIDUAL CLAIMS AND MOTION TO DISMISS OR STAY LITIGATION

WHEREAS, Defendant World Savings, Inc. ("Defendant") has filed a Motion to Compel Arbitration in the above-captioned case, and prior to filing this motion, contacted counsel for Plaintiff Raymond Vinole ("Plaintiff") in order to agree to a mutually convenient briefing schedule;

WHEREAS, Plaintiff's counsel, Michael Singer, stated that he is not available on the Court's available December hearing dates;

WHEREAS, Plaintiff has suggested that he may need to conduct limited discovery necessary to draft his Opposition to Defendant's Motion to Compel Arbitration;

WHEREAS, Defendant has agreed to consider such discovery requests, notwithstanding the initial discovery stay and without waiving the right to object to any discovery requests;

WHEREAS, the parties agree that Plaintiff can seek leave of Court to conduct limited discovery necessary to draft his Opposition to Defendant's Motion to Compel Arbitration;

WHEREAS, the parties agree that a longer briefing schedule is needed in order to accommodate Plaintiff's potential need to conduct this limited discovery and Plaintiff's counsel's December schedule;

WHEREAS, although Defendant reserves the right to object to any discovery request, it agrees to permit Plaintiff to open discovery for the limited purpose of opposing the Motion to Compel Arbitration;

IT IS HEREBY STIPULATED, by and between the parties through their counsel of record, that:

Defendant filed its Motion to Compel Arbitration on September 29, 2006, and noticed the hearing for January 12, 2007, or as soon thereafter as the motion may be heard. Plaintiff will file his Opposition by November 27, 2006, and Defendant will file its Reply by December 22, 2006.

Respectfully submitted,

1  DATED: September 29, 2006          COHELAN & KHOURY

                                      By: /s/ Michael Singer
                                          Michael Singer

                                      Attorneys for Plaintiff
                                      RAYMOND VINOLE

12 DATED: September 29, 2006          Respectfully submitted,

                                      MUNGER, TOLLES & OLSON LLP

                                      By: /s/ Rebecca Gose Lynch
                                          Rebecca Gose Lynch

                                      Attorneys for Defendant
                                      WORLD SAVINGS, INC.

Dated: October 3, 3006

**IT IS SO ORDERED**
/s/ Jeffrey S. White
Judge Jeffrey S. White

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION OF