**United States District Court**

For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   RAYMOND VINOLE,

10          Plaintiff,                          No. C 06-05296 JSW

11      v.

12   WORLD SAVINGS, INC.,                       **ORDER VACATING HEARING
                                                DATE AND STAYING CASE**

13          Defendant.
                                           /
14

15

16          Defendant's motion to compel arbitration is currently set for hearing on Friday, January

17   12, 2007 at 9:00 a.m.  The Court notes that on April 26, 2006, the California Supreme Court

18   granted review of *Gentry v. Superior Court*, 135 Cal. App. 4th 944, 37 Cal. Rptr. 3d 790 (2006).

19   *See* 43 Cal. Rptr. 3d 748 (2006).  In *Gentry*, the California Court of Appeal concluded that an

20   arbitration agreement containing a class action waiver was not substantively unconscionable in a

21   suit alleging, *inter alia*, that an employer misclassified employees as exempt employees.

22   *Gentry*, 37 Cal. Rptr. 3d at 794.  Therefore, this Court finds it appropriate to VACATE the

23   hearing on Defendant's motion to compel and STAY this action pending the California's

24   Supreme Court's ruling in *Gentry*.  The parties are ORDERED to advise this Court when the

25   ///

26   ///

27   ///

28   ///

United States District Court

For the Northern District of California

1   California Supreme Court issues its ruling.  The Court will then reset the hearing on

2   Defendant's motion to compel, if necessary.

3          **IT IS SO ORDERED.**

4

5   Dated: January 3, 2007

6                                                          JEFFREY S. WHITE
                                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28