1  MALCOLM A. HEINICKE (State Bar No. 194174)
   TYLER A. ROOZEN (State Bar No. 248669)
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
3  San Francisco, California 94105-2907
   Tel: (415) 512-4000; Facsimile: (415) 512-4077
4  Email: Malcolm.Heinicke@mto.com

5  Attorneys for Defendants WORLD SAVINGS, INC.,
   WORLD SAVINGS BANK, FSB and WORLD
6  MORTGAGE COMPANY

7  (Plaintiffs' Counsel listed on second page)

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11
   RAYMOND VINOLE on behalf of himself      CASE NO. C 06-05296 JSW
12 and all others similarly situated,
                                            **JOINT REPORT ON STATUS OF STAY
13              Plaintiffs,                 AND EFFECT OF CALIFORNIA
                                            SUPREME COURT DECISION;**
14     vs.
                                            **STIPULATION AND [PROPOSED]
15 WORLD SAVINGS, INC., a California        ORDER TO CONTINUE STAY PENDING
   Corporation, and DOES 1 through 100,     FILING OF MOTION FOR
16 inclusive,                                PRELIMINARY APPROVAL OF CLASS
                                            ACTION SETTLEMENT**
17              Defendants.
                                            **Honorable Jeffrey S. White**
18
                                            **Related Case**: *Siu v. Golden West Financial
19                                          Corp.*, No. C 06-07643 JSW (transferred from
                                            the Southern District of California because of
20                                          its relation to this action)

21

22

23

24

25

26

27

28

   3623126.3                                JOINT REPORT ON STATUS OF STAY; STIP.
                                            RE: SAME (CASE NOS. C 06-05296 JSW)

TIMOTHY D. COHELAN (SBN 60827)
ISSAM C. KHOURY (SBN 58759)
MICHAEL D. SINGER (SBN 115301)
COHELAN & KHOURY
605 C Street, Suite 200
San Diego, CA 92101-5305
Telephone: (619) 595-3001
Facsimile: (619) 595-3000

MICHAEL J. PROCOPIO (SBN 137318)
LAW OFFICES OF MICHAEL J. PROCOPIO
2677 N. Main Street, Suite 860
Santa Anna, CA 92705
Telephone: (714) 541-1550
Facsimile: (714) 541-1770

Attorneys for Plaintiff RAYMOND VINOLE and proposed
Settlement Class

GERALD D. WELLS III
(admitted pro hac vice) (California State Bar# pending)
SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorney for Plaintiff RYAN SIU and proposed
Settlement Class (in related action)

MARK R. THIERMAN (SBN 72913)
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Phone: (775) 284-1500
Facsimile: (775) 703-5027

H. TIM HOFFMAN (SBN 49141)
ARTHUR W. LAZEAR (SBN 83603)
HOFFMAN & LAZEAR, ATTORNEYS AT LAW
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

Attorney for Plaintiff CHRISTOPHER M. McHUGH and
proposed Settlement Class
(Plaintiff in related action to be dismissed as part of this settlement)

1  WHEEREAS, Plaintiff Raymond Vinole has filed the above-captioned action alleging that Defendant Worlds Savings, Inc. (a) improperly classified its Loan Representatives as "exempt" from premium overtime and other employment requirements; and (b) failed to reimburse its Loan Representatives for business expenses;

WHEREAS, Plaintiff Ryan Siu separately filed the now-related putative class and collective action in the Southern District of California, captioned *Siu v. Golden West Financial Corp, et al.*, Case No. 06-CV-1902 JAH (JMA) ( now captioned *Siu v. Golden West Financial Corp.*, No. C 06-07643 JSW), claiming that Defendants misclassified their Loan Officers as "exempt" employees under California law and the federal Fair Labor Standards Act ("FLSA");

WHEREAS, the *Vinole* and *Siu* actions have now been related before this Court;

WHEREAS, Defendant in the *Vinole* action filed a motion seeking to enforce the class action waiver contained in the arbitration agreement executed by Plaintiff Vinole, and after this motion was briefed, the Court stayed the matter pending the California Supreme Court's anticipated decision in *Gentry v. Superior Court*, 135 Cal. App. 4th 944 (2006), *review granted and issue decided at, Gentry v. Superior Court*, --- Cal.Rptr.3d ----, 2007 WL 2445122 (August 30, 2007) and ordered the parties to advise the Court when the California Supreme Court had issued its ruling in *Gentry*;

WHEREAS, Defendants in the *Siu* action planned to file a motion similar to the one filed in *Vinole*, and so on the Stipulation of the parties, the Court stayed the *Siu* action pending the California Supreme Court's decision in *Gentry* and ordered that, no later than 30 days following a ruling in *Gentry*, the parties file a joint status report regarding further scheduling of the *Siu* action;

WHEREAS, Plaintiff Christopher McHugh has filed an action in California state court that asserts the same reimbursement claims as the *Vinole* action on behalf of the same (or slightly smaller) proposed class, and that action has been stayed;

WHEREAS, prior to the issuance of *Gentry*, and with full disclosure to the Court, the parties agreed to and conducted a mediation with a professional mediator;

3623126.3  - 1 -  JOINT REPORT ON STATUS OF STAY; STIP. RE: SAME (CASE NOS. C 06-05296 JSW)

WHEREAS, the parties have reached a settlement and have executed a term sheet agreement, and consistent with this term sheet, the parties are in the process of finalizing a formal settlement agreement, which if approved by this Court, would result in the class-wide settlement and the resolution and dismissal of the above-captioned *Vinole* litigation;

WHEREAS, although the settlement agreement will result in the release or dismissal of all of Plaintiff Siu's state law claims, the settlement agreement will not result in the release of Plaintiff Siu's individual FLSA claim and his associated action, nor will the settlement result in the release of the FLSA claims of Loan Reps outside the Settlement Class, such as Loan Reps who worked outside of California;

WHEREAS, the parties are in the process of preparing formal settlement agreement and joint motion for preliminary approval of the settlement; and

WHEREAS, the parties respectfully submit that continuing the stay of the *Vinole* and *Siu* actions pending the filing of the motion for preliminary approval of the settlement would best preserve judicial resources and best foster the continuing settlement process;

NOW, THEREFORE, through their counsel, the parties stipulate to the entry of the following order:

The stay in above captioned matter and the related *Siu* matter is maintained, provided however that the parties shall file within sixty (60) days of this Order either (1) a joint motion for preliminary approval of their class action settlement; or (2) a further joint report as to why they have not yet done so.

DATED: October __, 2007          COHELAN & KHOURY


By:_____
     MICHAEL SINGER

Attorneys for Plaintiff
RAYMOND VINOLE

WHEREAS, the parties have reached a settlement and have executed a term sheet agreement, and consistent with this term sheet, the parties are in the process of finalizing a formal settlement agreement, which if approved by this Court, would result in the class-wide settlement and the resolution and dismissal of the above-captioned *Vinole* litigation;

WHEREAS, although the settlement agreement will result in the release or dismissal of all of Plaintiff Siu's state law claims, the settlement agreement will not result in the release of Plaintiff Siu's individual FLSA claim and his associated action, nor will the settlement result in the release of the FLSA claims of Loan Reps outside the Settlement Class, such as Loan Reps who worked outside of California;

WHEREAS, the parties are in the process of preparing formal settlement agreement and joint motion for preliminary approval of the settlement; and

WHEREAS, the parties respectfully submit that continuing the stay of the *Vinole* and *Siu* actions pending the filing of the motion for preliminary approval of the settlement would best preserve judicial resources and best foster the continuing settlement process;

NOW, THEREFORE, through their counsel, the parties stipulate to the entry of the following order:

The stay in above captioned matter and the related *Siu* matter is maintained, provided however that the parties shall file within sixty (60) days of this Order either (1) a joint motion for preliminary approval of their class action settlement; or (2) a further joint report as to why they have not yet done so.

DATED: October 2, 2007            COHELAN & KHOURY

By: /s/ Michael Singer / Diana M. Khoury

Attorneys for Plaintiff
RAYMOND VINOLE

| | | |
|---|---|---|
| 1 | DATED: October ___, 2007 | LAW OFFICES OF MICHAEL J. PROCOPIO |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MICHAEL J. PROCOPIO |
| 5 | | Attorneys for Plaintiff |
| 6 | | RAYMOND VINOLE |
| 7 | DATED: October 2, 2007 | SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP |
| 8 | | |
| 9 | | |
| 10 | | By: _____ |
| 11 | | GERALD D. WELLS, III |
| 12 | | Attorneys for Plaintiff |
| 13 | | RYAN SIU |
| 14 | DATED: October ___, 2007 | HOFFMAN & LAZEAR, ATTORNEYS AT LAW |
| 15 | | |
| 16 | | By: _____ |
| 17 | | TIM HOFFMAN |
| 18 | | Attorney for Plaintiff |
| 19 | | CHRISTOPHER M. McHUGH (Plaintiff in related action to be dismissed as part of this settlement) |
| 20 | DATED: October 2, 2007 | MUNGER, TOLLES & OLSON LLP |
| 21 | | |
| 22 | | |
| 23 | | By: _____ |
| 24 | | MALCOLM A. HEINICKE |
| 25 | | Attorneys for Defendants |

| | | |
|---|---|---|
| 1 | DATED: October 2, 2007 | LAW OFFICES OF MICHAEL J. PROCOPIO |
| 2 | | |
| 3 | | By: /s/ Michael J. Procopio |
| 4 | | MICHAEL J. PROCOPIO |
| 5 | | Attorneys for Plaintiff |
| 6 | | RAYMOND VINOLE |
| 7 | | |
| 8 | DATED: October ___, 2007 | SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP |

By: _____
GERALD D. WELLS, III

Attorneys for Plaintiff
RYAN SIU

DATED: October 2, 2007        HOFFMAN & LAZEAR, ATTORNEYS AT LAW

By: /s/ Tim Hoffman
TIM HOFFMAN

Attorney for Plaintiff
CHRISTOPHER M. McHUGH
(Plaintiff in related action to be dismissed as part of this settlement)

DATED: October ___, 2007        MUNGER, TOLLES & OLSON LLP

By: _____
MALCOLM A. HEINICKE

Attorneys for Defendants

3623126.3

- 3 -

JOINT REPORT ON STATUS OF STAY; STIP. RE: SAME (CASE NOS. C 06-05296 JSW)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The parties shall file a joint motion for preliminary approval of their class action settlement by no later than December 10, 2007.

Dated: October 10, 2007

_____
United States District Judge