**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   RAYMOND VINOLE,

10                 Plaintiff,                          No. C 06-05296 JSW

11      v.

12   WORLD SAVINGS, INC.,                    **ORDER VACATING HEARING
                                             DATE**
13                 Defendant.
    _____/
14

15          The parties' joint motion for preliminary approval of the class action settlement is

16   currently set for hearing on Friday, April 25, 2008 at 9:00 a.m.  This matter is now fully briefed

17   and ripe for decision.  The Court finds that this matter is appropriate for disposition without oral

18   argument and is deemed submitted.  *See* N.D. Civ. L.R. 7-1(b).  Accordingly, the hearing set for

19   April 25, 2008 is HEREBY VACATED.

20

21          **IT IS SO ORDERED.**

22

23   Dated: April 23, 2008                    _____
                                              JEFFREY S. WHITE
24                                            UNITED STATES DISTRICT JUDGE

25

26

27

28