1  TIMOTHY D. COHELAN (SBN 60827)
   ISAM C. KHOURY (SBN 58759)
2  DIANA M. KHOURY (SBN 128643)
   MICHAEL D. SINGER (SBN 115301)
3  COHELAN & KHOURY
   605 C Street, Suite 200
4  San Diego, CA 92101-5305
   Telephone: (619) 595-3001
5  Facsimile: (619) 595-3000

6  Attorneys for Plaintiff RAYMOND VINOLE and proposed
   Settlement Class
7
   *ADDITONAL PLAINTIFF COUNSEL ON NEXT*
8  *PAGE*

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | RAYMOND VINOLE, on behalf of himself | CASE NO. CV 06-05296 JSW
   | and others similarly situated,
14 |                                      | **STIPULATION AND [PROPOSED]**
   |           Plaintiff,                 | **ORDER EXTENDING TIME TO FILE**
15 |                                      | **MEMORANDUM IN SUPPORT OF**
   | vs.                                  | **ATTORNEYS' FEES AND COSTS**
16 |                                      | Date:       October 3, 2008
   | WORLD SAVINGS, INC, and DOES 1       | Time:       9:00 a.m.
17 | through 100, inclusive,               | Ct. Room:   2
18 |           Defendants                 | **The Honorable Jeffrey S. White**

19                                        **Related Case**: *Siu v. Golden West Financial*
                                          *Corp., et al.*, Case No. CV 06-07643 JSW
20

21

22

23

24

25

26

27

28
                                          STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
                                          TO FILE MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES
                                          AND COSTS; CASE NO. CV 06-05296

1  MICHAEL J. PROCOPIO (SBN 137318)
   LAW OFFICES OF MICHAEL J. PROCOPIO
2  2677 N. Main Street, Suite 860
   Santa Anna, CA 92705
3  Telephone: (714) 541-1550
   Facsimile: (714) 541-1770
4
   Attorneys for Plaintiff RAYMOND VINOLE and proposed
5  Settlement Class

6  GERALD D. WELLS III
   SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
7  280 King of Prussia Road
   Radnor, PA 19087
8  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
9
   Attorney for Plaintiff RYAN SIU and proposed
10 Settlement Class

11 MARK R. THIERMAN (SBN 72913)
   THIERMAN LAW FIRM
12 7287 Lakeside Drive
   Reno, Nevada 89511
13 Phone: (775) 284-1500
   Facsimile: (775) 703-5027
14
15 H. TIM HOFFMAN (SBN 49141)
   ARTHUR W. LAZEAR (SBN 83603)
   HOFFMAN & LAZEAR
16 180 Grand Avenue, Suite 1550
   Oakland, CA 94612
17 Telephone:   (510) 763-5700
   Facsimile:    (510) 835-1311
18
   Attorney for Plaintiff CHRISTOPHER M. McHUGH and
19 Proposed Settlement Class
   (Plaintiff in related action to be dismissed as part of this settlement
20
21
22
23
24
25
26
27
28
                                    STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
                                    TO FILE MEMORANDUM IN SUPPORT OF ATTORNEYS'
                                    FEES AND COSTS; CASE NO. CV 06-05296

1   WHEREAS, on May 10, 2007, after participating in full day mediation session before a
2   respected third-party mediator, the parties reached an agreement to settle this matter and the
3   principal terms of settlement;

4   WHEREAS, on April 23, 2008, upon the parties filing a renewed motion for preliminary
5   approval and several declarations in support thereof, the Court granted preliminary approval of
6   the terms of the settlement;

7   WHEREAS, the Court has set a date of October 3, 2008 for a final fairness hearing on the
8   terms of the settlement;

9   WHEREAS, on August 29, 2008 the parties shall file a joint motion seeking final
10  approval on the terms of the settlement;

11  WHEREAS, Plaintiffs submit that the Court and Plaintiffs will benefit from the additional
12  time to prepare and to file their brief in support of their request for attorneys' fees and costs.

13  WHEREAS, the Class Counsel respectfully requests an additional two (2) weeks to
14  complete this process.

15  WHEREAS, Defendant does not object to the filing of the fee application by September
16  12, 2008, provided 1) there is no change in the hearing date, and 2) the terms of the settlement
17  agreement are not in any manner changed or amended by this filing.

18  NOW THEREFORE, through their counsel, the parties stipulate to the entry of the
19  following order:

20  Plaintiffs in the above captioned matter shall, no later than September 12, 2008, submit a
21  brief in support of their requested attorneys' fees.

- 1 -   STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
TO FILE MEMORANDUM IN SUPPORT OF ATTORNEY'S
FEES AND COSTS; CASE NO. CV 06-05296

| | | |
|---|---|---|
| 1 | DATED: August 28, 2008 | COHELAN & KHOURY<br>LAW OFFICES OF MICHAEL J. PROCOPIO |
| 2 | | |
| 3 | | By: _____/s/ *Diana M. Khoury*_____<br>DIANA M. KHOURY |
| 4 | | Class Counsel and Counsel to Plaintiff Raymond Vinole |
| 5 | | |
| 6 | DATED: August 28, 2008 | SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP |
| 7 | | By: _____/s/ *Gerald D. Wells, III*_____<br>GERALD D. WELLS, III |
| 8 | | |
| 9 | | Class Counsel and Counsel to Plaintiff Ryan Siu |
| 10 | DATED: August 28, 2008 | HOFFMAN & LAZEAR |
| 11 | | |
| 12 | | By: _____/s/ *H. Tim Hoffman*_____<br>H. TIM HOFFMAN |
| 13 | | Class Counsel and Counsel to Plaintiff Christopher M. McHugh |

PURSUANT TO STIPULATION, IT IS SO ORDERED. as MODIFIED. Plaintiffs shall submit their brief in support of attorney's fees by no later than September 5, 2008.

Dated: August 29, 2008

_____
United States District Judge