MALCOLM A. HEINICKE (State Bar No. 194174)
TYLER A. ROOZEN (State Bar No. 248669)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Tel: (415) 512-4000; Facsimile: (415) 512-4077
Email: Malcolm.Heinicke@mto.com

Attorneys for Defendants WORLD SAVINGS, INC.,
and WORLD MORTGAGE COMPANY

PLAINTIFFS' COUNSEL LISTED ON SECOND PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VINOLE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS, INC, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 06-05296 JSW<br><br>**[PROPOSED] ORDER DETERMINING GOOD FAITH AND GRANTING FINAL APPROVAL OF SETTLEMENT**<br><br>Date: October 3, 2008<br>Time: 9:00 a.m.<br>Ctrm: Courtroom 2<br><br>**HONORABLE JEFFREY S. WHITE**<br><br>**Related Case**: *Siu v. Golden West Financial Corp., et al.*, Case No. CV 06-07643 |

| | |
|---|---|
| 1 | TIMOTHY D. COHELAN (SBN 60827)<br>ISSAM C. KHOURY (SBN 58759) |
| 2 | DIANA M. KHOURY (SBN 128643)<br>MICHAEL D. SINGER (SBN 115301) |
| 3 | COHELAN & KHOURY<br>605 C Street, Suite 200 |
| 4 | San Diego, CA 92101-5305<br>Telephone: (619) 595-3001 |
| 5 | Facsimile: (619) 595-3000 |
| 6 | MICHAEL J. PROCOPIO (SBN 137318)<br>LAW OFFICES OF MICHAEL J. PROCOPIO |
| 7 | 2677 N. Main Street, Suite 860<br>Santa Anna, CA 92705 |
| 8 | Telephone: (714) 541-1550<br>Facsimile: (714) 541-1770 |
| 9 | |
| 10 | Attorneys for Plaintiff RAYMOND VINOLE and proposed<br>Settlement Class |
| 11 | GERALD D. WELLS III |
| 12 | SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP<br>280 King of Prussia Road |
| 13 | Radnor, PA 19087<br>Telephone: (610) 667-7706 |
| 14 | Facsimile: (610) 667-7056 |
| 15 | Attorney for Plaintiff RYAN SIU and proposed<br>Settlement Class |
| 16 | MARK R. THIERMAN (SBN 72913) |
| 17 | THIERMAN LAW FIRM<br>7287 Lakeside Drive |
| 18 | Reno, Nevada 89511<br>Phone: (775) 284-1500 |
| 19 | Facsimile: (775) 703-5027 |
| 20 | H. TIM HOFFMAN (SBN 49141)<br>ARTHUR W. LAZEAR (SBN 83603) |
| 21 | HOFFMAN & LAZEAR<br>180 Grand Avenue, Suite 1550 |
| 22 | Oakland, CA 94612<br>Telephone:   (510) 763-5700 |
| 23 | Facsimile:      (510) 835-1311 |
| 24 | Attorney for Plaintiff CHRISTOPHER M. McHUGH and<br>proposed Settlement Class |
| 25 | (Plaintiff in related action to be dismissed as part of this settlement) |

5774842.2                                      - 2 -

[PROPOSED] ORDER DETERMINING GOOD FAITH (CASE NO. CV 06-05296 JSW)

1  Having considered the Stipulation Re: Settlement of Class Action ("Stipulation")
2  and all other materials properly before the Court and having conducted an inquiry pursuant to the
3  Federal Rules of Civil Procedure, Rule 23, the Court finds that the Stipulation was entered by all
4  parties in good faith, and the Stipulation is approved, including an award of attorney fees for
5  Class Counsel in the amount of $2,000,000 and allowable litigation costs and expenses of up to
6  $23,968.10.  The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment
7  provided in the Stipulation.  World Savings, itself or through the Claims Administrator, shall
8  deliver the payments to the Participating Claimants, the Class Representatives and Class Counsel
9  as provided for in the Stipulation.

11  IT IS SO ORDERED.

13
14  DATED:  October 6, 2008                    _____
              The Honorable Jeffrey S. White
15            United States District Court Judge